45a 313
113 389

GEORGE HENDERSON, plaintiff in error, *vs.* LOUISA GREER
et al., defendants in error.

Practice Supreme Court. Equity from Terrell county.

Greer, one of the defendants in error, died after the bill
of exceptions was sued out. His estate was unrepresented
when the cause was called here, on the 8th of August, 1871.
The Court granted an order that plaintiff in error, at the next
term, might open the record and proceed to a trial, and or-
dered that said order be published sixty days before said
next term. On July 26th, 1872, it was dismissed, and the
judgment affirmed, because plaintiff in error had taken "no
legal steps" to have Greer's representative made a party de-
fendant *ad interim.* He had failed to have said order of
1871 published, as required. 21st February, 1872.

WRIGHT & WARREN; C. B. WOOTEN; W. A. HAWKINS,
for plaintiff in error.

H. MORGAN; A. HOOD, for defendant.